GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

PATRICIA M. NAPIER            3735-0
    pnapier@goodsill.com
NICOLE Y. ALTMAN             9452-0
    naltman@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendant
HAWAII PARK HOLDINGS, LLC
dba WET 'N WILD HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARY CATHERINE BOWERY,<br><br>        Plaintiff,<br><br>vs.<br><br>HAWAII PARK HOLDINGS, LLC dba WET 'N WILD HAWAII; DOE MANUFACTURERS 1-10; DOE INSTALLERS 1-10; JOHN DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ENTITIES 1-10,<br><br>        Defendants. | CV 16-00623 DKW-RLP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES<br><br><br>Trial Date: October 22, 2018<br>Judge:    Hon. Derrick K. Watson |

6577902.1

### STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between Plaintiff MARY CATHERINE BOWERY and Defendant HAWAII PARK HOLDINGS, LLC dba WET 'N WILD HAWAI'I, by and through their respective counsel, that the Complaint, filed on September 16, 2016, in Civil No. 16-1-1753-09, Circuit Court of the First Circuit, State of Hawai'i, and subsequently removed to the United States District Court, District of Hawai'i, CV 16-00623 DKW-RLP, is hereby dismissed with prejudice. This Stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawai`i.

There are no remaining claims or parties. Each party shall bear his, her, or its own costs and attorneys' fees. This Stipulation is signed by counsel for all parties that have appeared in this action. Trial was scheduled for October 22, 2018 before the Honorable Derrick K. Watson.

DATED:  Honolulu, Hawaii,  October 26, 2017.

/s/ Michael R. Cruise
WOODRUFF K. SOLDNER
MICHAEL R. CRUISE
R. AARON CREPS
SHARON PARIS

Attorneys for Plaintiff

DATED:  Honolulu, Hawaii,  October 26, 2017.

/s/ Patricia M. NaPier
PATRICIA M. NAPIER
NICOLE Y. ALTMAN

Attorneys for Defendant
HAWAII PARK HOLDINGS, LLC
dba WET 'N WILD HAWAII

APPROVED AS TO FORM.

DATED:  October 27, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

**Stipulation for Dismissal With Prejudice of All Claims and All Parties**
*Mary Catherine Bowery v. Hawaii Park Holdings, LLC, dba Wet 'N Wild Hawaii, et al., CV 16-00623 KSC, United States District Court, District of Hawai'i*

3